# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-24-48-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| BRICE JUDSEN BAILEY, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 65), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's Motion (Doc. 65) is **GRANTED.** Defendant's Sentencing Memorandum shall be filed under seal.

The clerk of court is directed to notify counsel of the entry of this Order.

DATED this 25th day of March, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1