IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. BRICE JUDSEN BAILEY, Defendant. | CR 24-48-BLG-SPW<br><br>AMENDED FINAL ORDER OF FORFEITURE |
|---|---|

This matter comes before the Court on the United States' amended motion for final order of forfeiture (Doc. 77). Having reviewed the motion, the Court FINDS:

1.  The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.  A preliminary order of forfeiture was entered on January 7, 2025 (Doc. 53);

3.  All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

IT IS THEREFORE ORDERED that:

1. The Motion for an Amended Final Order of Forfeiture (Doc. 77) is GRANTED.

2. Castle Arms, LLC has been identified as the lawful owner of the following property. As such, Judgment of forfeiture shall enter in favor of Castle Arms, LLC to this property, pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Ruger, model LCP II, .22 LR caliber semi-automatic pistol (S/N: 381054303);
- Ruger, model LCP II, .380 ACP caliber semi-automatic pistol (S/N: 3717189720); and
- Any associated ammunition and accessories.

3. The United States is directed to return this property to Castle Arms, LLC, a federally licensed firearms dealer located in Billings, Montana, when no longer needed as evidence and in accordance with law.

DATED this 9th day of April, 2025.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge